THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* VINCENT MUMMIANI, Appellant.

(Submitted March 14, 1932; decided March 31, 1932.)

*Michael F. Pinto, Samuel Backlar* and *John A. Mullen* for motion.

*Per Curiam.* The application for an allowance for compensation must be denied for the reason that an application for the enlargement of time was not made upon notice served within the ninety-day period. (Code Crim. Pro. §§ 308-a, 535, 536; *People* v. *Cowan*, 245 N. Y. 532.)

The application for an allowance for disbursements is granted. (*People* v. *Chapman*, 225 N. Y. 700.)